```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 06-14036-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MANUEL LOPEZ,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Statements, (D.E. 67).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 3, 2006. A Report and Recommendation filed on December 5, 2006 recommended that Defendant's Motion to Suppress Statements be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2006.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Miguel Del Aguila, Esq.
        Beth Sreenan, AUSA